■ In the Matter of DENNIS J. O'GRADY, Appellant, v ALICE SACHS et al., Respondents.—Judgment, Supreme Court, Bronx County (Carl J. Mugglin, J.), entered on August 17, 1987, unanimously affirmed, without costs and without disbursements. No opinion. Concur—Kassal, J. P., Rosenberger, Ellerin, Wallach and Smith, JJ.